UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>       Plaintiff,<br><br>  -against-<br><br>ONE FINANCE, INC.,<br><br>       Defendant. | 1:24-CV-10061 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff Michael Buxbaum, who is appearing *pro se*, brings this action invoking the Court's federal question jurisdiction and diversity jurisdiction. The Court dismisses this action without prejudice for the following reasons.

  Plaintiff previously filed a complaint commencing another civil action in this court; that complaint is virtually identical to the complaint commencing this action, and that other action is pending before the Court. *See Buxbaum v. One Fin., Inc.*, 1:24-CV-9894 (LTS) (S.D.N.Y.). As this action raises the same claims as in *Buxbaum*, 1:24-CV-9894 (LTS), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this action without prejudice as duplicative of *Buxbaum*, 1:24-CV-9894 (LTS).

## CONCLUSION

  The Court dismisses this action without prejudice as duplicative of *Buxbaum v. One Fin., Inc.*, 1:24-CV-9894 (LTS) (S.D.N.Y.).

  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

2

      The Court directs the Clerk of Court to a enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:   January 8, 2025
           New York, New York

                                                   /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge