UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>                          Plaintiff,<br><br>      -against-<br><br>ONE FINANCE, INC.,<br><br>                         Defendant. | 24 CIVIL 10061 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 14, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 14, 2025
              New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                Chief United States District Judge